UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

In Re:    Case No.: __18-23546-JKS__

CARLOS A. MARQUES    Chapter: __7__

Judge: __John K. Sherwood__

**NOTICE OF PROPOSED ABANDONMENT**

_____David Wolff_____, _____Trustee_____ in this case proposes to abandon property of the estate described below as being of inconsequential value. If you object to the abandonment, you must file a written objection with the Clerk of the United States Bankruptcy Court and serve it on the party named below not later than 7 days before the hearing date.

> Address of the Clerk:
> United States Bankruptcy Court
> 50 Walnut Street
> 3rd Floor
> Newark, NJ 07102

If an objection is filed, a hearing will be held before the Honorable __John K. Sherwood__ on __September 4, 2018__ at __10:00__ a.m. at the United States Bankruptcy Court, Courtroom no. __3D__. (Hearing date must be at least 28 days from the date of this notice). If no objection is filed, the abandonment shall take effect on entry by the clerk of a Certification of No Objection.

> Description and value of property:
> Real property located at 9 Van Cleve Avenue, Clifton, New Jersey
> Value: $370,000.00

> Liens on property:
> Select Portfolio Servicing, Inc.  $369,000.00
> Shellpoint Mortgage Services  $140,000.00

> Amount of equity claimed as exempt:
> $0.00

Objections must be served on, and requests for additional information directed to:

Name:    David Wolff, Trustee
Address:    396 Route 34, Matawan, New Jersey 07747
Telephone No.:    (732) 566-1189

*rev.8/1/15*

United States Bankruptcy Court
District of New Jersey

In re:                                                                   Case No. 18-23546-JKS
Carlos A. Marques                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin               Page 1 of 2          Date Rcvd: Aug 08, 2018
                              Form ID: pdf905           Total Noticed: 33

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 10, 2018.
```
db           +Carlos A. Marques,    9 Van Cleve Avenue,    Clifton, NJ 07011-2009
517630998    +C. Dicovsky Medical Group, LLC,    681 Broadway,    Paterson, NJ 07514-1421
517630999    +CBNA,    P.O. Box 6497,    Sioux Falls, SD 57117-6497
517631000    +CCS/First National Bank,    500 East 60th St. N.,    Sioux Falls, SD 57104-0478
517631001     Capital Collection/General Surgeons of North,    30 E. Taunton Road,    Berlin, NJ 08009
517631004    +Comenity Bank/Midland Credit Management, Inc.,    P.O. lBox 13105,    Roanake, VA 24031-3105
517631005    +Comenity Capital Bank/PayPal,    35 A Rust Lane,    Boerne, TX 78006-8202
517631006    +Essex Specialized Surgical Institute,    475 Prospect Avenue,    West Orange, NJ 07052-4197
517631007    +First American Acceptance,    P.O. Box 922,    Eatontown, NJ 07724-0922
517631008    +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
517631010    +Legacy Visa,    P.O. Box 1280,    Oaks, PA 19456-1280
517631011    +Orthopaedic Associates,    15-01 Broadway,    Fair Lawn, NJ 07410-6018
517631012    +SRA Associates LLc,    401 Minnetonka Road,    Hi Nella, NJ 08083-2914
517631018    +Shellpoint Mortgage Servicig,    P.O. Box 51850,    Livonia, MI 48151-5850
517631019    +St. Mary's Hospital,    440 Franklin Street, Suite 300,    Bloomfield, NJ 07003-3426
517631020    +Surgicare of Englewood Cliffs,    630 Palisade Avenue,    Englewood Cliffs, NJ 07632-1843
517631022    +Synergetic Communication, Inc.,    5450 N.W. Central #220,    Houston, TX 77092-2061
517631023    +The Valley Hospital,    223 North Van Dien Avenue,    Ridgewood, NJ 07450-2736
517631024    +Toyota - Auto Lease,    P.O. Box 91614,    Mobile, AL 36691-1614
517631025    +Toyota Motor Credit,    P.O. Box 9786,    Cedar Rapids, IA 52409-0004
517631026    +Toyota Motor Credit Corp,    P.O. Box 722929,    Houston, TX 77272-2929
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 23:34:15     U.S. Attorney,    970 Broad St.,
               Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg          +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 23:34:12      United States Trustee,
               Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
               Newark, NJ 07102-5235
cr           +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:04
               Synchrony Bank, c/o PRA Recievables Management, LL,    POB 41021,    Norfolk, VA 23541-1021
517631002     E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Aug 08 2018 23:39:30      Capital One,
               15000 Capital One Dr.,    Richmond, VA 23238
517631013    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:39:27      SYNCB/GAP,    P.O. Box 965005,
               Orlando, FL 32896-5005
517631014    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:38:54      SYNCB/JCP,    P.O. jBox 965007,
               Orlando, Fl 32896-5007
517631015    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:04      SYNCB/PC RICHARD,
               P.O. Box 965036,    Orlando, FL 32896-5036
517631016    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:05      SYNCB/ROOMS TO GO,
               P.O. Box 965036,    Orlando, FL 32896-5036
517631017    +E-mail/Text: jennifer.chacon@spservicing.com Aug 08 2018 23:35:24
               Select Portfolio Servicing, Inc.,    P.O. Box 65450,    Salt Lake City, UT 84165-0450
517631844    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:39:27      Synchrony Bank,
               c/o of PRA Receivables Management, LLC,    PO Box 41021,    Norfolk, VA 23541-1021
517631021    +E-mail/PDF: gecsedi@recoverycorp.com Aug 08 2018 23:40:05      Synchrony Bank,    P.O. Box 960061,
               Orlando, FL 32896-0061
517631027    +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 08 2018 23:33:20
               Verizon,    P.O. box 650584,    Dallas, TX 75265-0584
                                                                                              TOTAL: 12
```

```
             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517631003*   ++CAPITAL ONE,    PO BOX 30285,    SALT LAKE CITY UT 84130-0285
               (address filed with court: Capital One,    15000 Capital One Dr.,    Richmond, VA 23238)
517631009*   +First Premier Bank,    601 S. Minnesota Avenue,    Sioux Falls, SD 57104-4868
                                                                                            TOTALS: 0, * 2, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 10, 2018                                    Signature:  /s/Joseph Speetjens

```
District/off: 0312-2               User: admin                  Page 2 of 2                   Date Rcvd: Aug 08, 2018
                                   Form ID: pdf905              Total Noticed: 33
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              David    Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com
              Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee
               on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2
               kmcdonald@kmllawgroup.com,   bkgroup@kmllawgroup.com
              Noah M Burstein    on behalf of Debtor Carlos A. Marques bursteinlawyer@aol.com
              Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on
               behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2
               sobrien@flwlaw.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                   TOTAL: 5
```