| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br><br>FRENKEL LAMBERT WEISS WEISMAN &<br>GORDON, LLP<br>80 Main Street, Suite 460<br>West Orange, NJ 07052<br>(973) 325-8800<br>Sean O'Brien, Esq.<br>Attorney for Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2, Secured Creditor | Order Filed on October 11, 2018<br>by Clerk U.S. Bankruptcy Court<br>District of New Jersey<br><br>Case No.: **18-23546-JKS** |
| In Re:<br><br>   **Carlos A. Marques,**<br><br>                                  **Debtor.** | CHAPTER 7<br><br>Judge: John K. Sherwood |

# ORDER VACATING STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 11, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

(Page 2)

Debtor: **Carlos A. Marques**
Case No.: **18-23546-JKS**
Caption of Order: **Order Vacating Stay**

Upon the motion of Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Ass, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

  X    Real property more fully described as:

**9 Van Cleve Avenue, Clifton, NJ  07011**

 ____    Personal property more fully described as:

It is further **ORDERED** that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.