UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

FRENKEL LAMBERT WEISS WEISMAN & GORDON, LLP
80 Main Street, Suite 460
West Orange, NJ 07052
(973) 325-8800
Sean O'Brien, Esq.
Attorney for Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2, Secured Creditor

In Re:

**Carlos A. Marques,**

**Debtor.**

Order Filed on October 11, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: **18-23546-JKS**

CHAPTER 7

Judge: John K. Sherwood

# ORDER VACATING STAY

The relief set forth on the following page, numbered two (2), is hereby **ORDERED**.

**DATED: October 11, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

Debtor: **Carlos A. Marques**
Case No.: **18-23546-JKS**
Caption of Order: **Order Vacating Stay**

Upon the motion of Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Ass, under Bankruptcy Code section 362(d) for relief from the automatic stay as to certain property as hereinafter set forth, and for cause shown, it is

**ORDERED** that the automatic stay is vacated to permit the Movant to institute or resume and prosecute to conclusion one or more actions in the Court(s) of appropriate jurisdiction to pursue the Movant's rights in the following:

  _X_   Real property more fully described as:

**9 Van Cleve Avenue, Clifton, NJ  07011**

  ____   Personal property more fully described as:


It is further **ORDERED** that the Movant may join the Debtor and any Trustee appointed in this case as defendants in its action(s) irrespective of any conversion to any other chapter of the Bankruptcy Code.

The Movant shall serve this order on the Debtor, any Trustee and any other party who entered an appearance on the motion.

United States Bankruptcy Court
District of New Jersey

In re:  
Carlos A. Marques  
    Debtor

Case No. 18-23546-JKS  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 1    Date Rcvd: Oct 11, 2018  
                        Form ID: pdf903    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 13, 2018.  
db       +Carlos A. Marques,   9 Van Cleve Avenue,    Clifton, NJ 07011-2009

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.  
NONE.          TOTAL: 0

       ***** BYPASSED RECIPIENTS *****  
NONE.          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 13, 2018                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 11, 2018 at the address(es) listed below:  
      David Wolff    dwtrustee@verizon.net, NJ50@ecfcbis.com  
      Kevin Gordon McDonald    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2    kmcdonald@kmllawgroup.com, bkgroup@kmllawgroup.com  
      Noah M Burstein    on behalf of Debtor Carlos A. Marques bursteinlawyer@aol.com  
      Sean M. O'Brien    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee on behalf of the certificateholders of the HSI Asset Securitization Corporation Trust 2007-HE2    sobrien@flwlaw.com  
      U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov  
                                                         TOTAL: 5